UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAZAQI,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:20-cv-01705-GSA<br><br>**ORDER DIRECTING SERVICE AND FILING OF CONSENT FORM** |

Pursuant to the scheduling order (Doc. 5), within 20 days thereof Plaintiff was directed to serve on the defendant the summons, complaint, the notice and form of consent to proceed before a magistrate judge (Doc. 5-2), a copy of the scheduling order (Doc. 5), and to file return of service with this Court. Plaintiff was also directed to complete and file the consent/decline form (Doc. 5-2) by March 8, 2021. The above orders and deadlines were in effect notwithstanding the entry of the stay.

Accordingly, Plaintiff is directed to serve the above documents and file a return of service within 20 days of the entry of this order.

Plaintiff is further directed to complete and file the consent/decline form (Doc. 5-2) within 20 days of the entry of this order.

IT IS SO ORDERED.

    Dated: __**April 12, 2021**__              **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28