UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAZAQI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:20-cv-1705-GSA<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE REGARDING CONFIDENTIAL LETTER BRIEF** |

Pursuant to the scheduling order,

Within thirty (30) days after service of the administrative record, appellant shall serve on respondent a letter brief outlining the reasons why he/she contends that a remand is warranted. The letter brief shall succinctly set forth the relevant issues and reasons for the remand. The letter brief itself shall NOT be filed with the court and it shall be marked "confidential." A separate proof of service reflecting that the letter brief was served on respondent shall be filed with the court.

Doc. 5 at 2. The administrative record was served on October 21, 2021, making Plaintiff's confidential letter brief deadline November 22, 2021. Notably, this is the fourth time Plaintiff has been directed to show cause for failure to comply with Court deadlines. *See* Docs 7, 8, 10.

Accordingly, Plaintiff is **DIRECTED** to show cause within 14 days of the entry of this order why the confidential letter brief was not served on Defendant. Accordingly, Plaintiff may serve the same on Defendant and file proof of service within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated:　**November 30, 2021**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE