UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAZAQI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:20-cv-1705-GSA<br><br>**ORDER TERMINATING SHOW CAUSE** |

　　　On December 1, 2021 the Court directed Plaintiff to show cause regarding the confidential letter brief.  Plaintiff filed her certificate of service on December 5, 2021 noting that she served the brief on Defendant.

　　　Accordingly, it is **ORDERED** that the ordered to show cause, Doc. 17, is **TERMINATED**.

IT IS SO ORDERED.

　Dated:　**December 6, 2021**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE