UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI RAZAQI,<br><br>        Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NUMBER: 1:20-cv-1705-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING OPENING BRIEF** |

      Pursuant to the scheduling order (Doc. 5), Plaintiff's opening brief was due within 30 days of Defendant's confidential response letter brief which was served on December 21, making the opening brief deadline January 20, 2022.  The opening brief has not been filed nor has Plaintiff sought an extension.  The Court notes that this is the fifth time Plaintiff has been ordered to show cause in this matter for non-compliance with deadlines.  See Docs 7, 8, 10, 17.

      Accordingly, Plaintiff is **DIRECTED** to either file the opening brief or show cause why it has not been filed within 10 days of the entry of this order.

IT IS SO ORDERED.

  Dated:   **January 27, 2022**                   **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28